# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

JUDY GORDON            )
                      )
         Plaintiff,       )
                      )
         v.                )   Civil Case No. 12-00671 (RJL)
                      )
UNITED STATES CAPITOL POLICE,   )
                      )
         Defendant.      )

## ORDER
February **10**, 2013 [# 3]

For the reasons set forth in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that defendant United States Capitol Police's Motion to Dismiss [# 3]

is **GRANTED**; it is further

**ORDERED** that plaintiff's complaint is **DISMISSED.**

**SO ORDERED.**


                                 _____
                                 RICHARD J. LEON
                                 United States District Judge